UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

RON BLANCHETTE,

        Plaintiff,

v.                                        Case No.      06-C-449, 06-C-450,
                                                                                 06-C-451, 06-C-452

JEROLD KAPLAN LAW OFFICE, et al.,

        Defendants.

---

**ORDER**

---

Plaintiff Ron Blanchette filed a motion to add court costs and fees to his damages claim; he also seeks to add Cross Country Bank as a defendant in Case No. 06-C-452. Normally a plaintiff is entitled to amend his complaint once without the permission of the court prior to the defendants filing an answer. Fed. R. Civ. P. 15(a). In this case, however, I conclude the proposed amendment is not adequate. First, to the extent costs are to be awarded, it is not necessary for a pro se plaintiff to include a specific claim in his complaint. As to Cross Country Bank, the defendant the plaintiff proposes to add, the complaint as it now stands says nothing at all about it. It is not enough to simply add a defendant's name to a caption–the complaint must set forth a basis for relief against that defendant. Accordingly, the motion is denied. If the plaintiff wishes to file an amended complaint that sets forth a basis for relief against each defendant, he may do so within 21 days of the date of this order.

      SO ORDERED this  16th   day of May, 2006.      /s William C. Griesbach
                                                                                           William C. Griesbach
                                                                                           United States District Judge